| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Williams, Ann C. | U.S. Court of Appeals 7th Cir. | 05/15/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge, Active | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

219 South Dearborn
Chicago, IL

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Directors | Equal Justice Works |
| 2. Board of Trustees | National Institute for Trial Advocacy |
| 3. Board of Directors, Honorary | Federal Bar Association, Chicago Chapter |
| 4. Board of Directors, Secretary | University of Notre Dame |
| 5. Board of Directors, Past President | Federal Judges Associaton, |
| 6. Judicial Advisory Committee, Chair | Just the Beginning Foundation |
| 7. Board of Trustees | Museum of Science & Industry |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | National Institute for Trial Advocacy - Salary | $26,955.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. SEE ATTACHED | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## SECTION IV - Reimbursements

NOTE:    USE THIS SIMILAR INFO WHEN FILLING AT NON-CASE RELATED FORM.

### Reimbursements for Meals, Hotel and Transportation Only

| Travel Dates | 2013 |
|---|---|
| Jan 3 | Washington, DC<br>Meeting<br>Department of Justice |
| Jan 24 | Detroit, MI<br>Speaker<br>Wayne State University |
| Jan 25 | Detroit, MI<br>Speaker<br>Delta Sigma Sorority Theta Inc. |
| Jan 30 - Feb 2 | West Palm Beach<br>Board Meeting<br>Notre Dame |
| Feb 4 -6 | Washington, DC<br>Teacher - CLE<br>National Institute for Trial Advocacy |
| Feb 20-24 | Dana Point, CA<br>Panelist<br>National Bar Association |

| | |
|---|---|
| March 6-7 | New York, NY<br>Board Meeting<br>Carnegie Board Mtg. |
| March 10 | Atlanta, GA<br>Panelist<br>National Black Law Student Association |
| March 11-14 | Washington, DC<br>Teacher - CLE<br>National Institute for Trial Advocacy |
| April 29- May 2 | Washington, DC<br>Teacher - CLE<br>National Institute for Trial Advocacy |
| May 6-9 | Washington, DC<br>Teacher - CLE<br>National Institute for Trial Advocacy |
| May 12-16 | Washington, DC<br>Teacher - CLE<br>National Institute for Trial Advocacy |
| May 17-18 | Boulder, CO<br>Board Meeting<br>National Institute for Trial Advocacy |
| June 3-5 | New York, NY<br>Teacher - CLE<br>National Institute for Trial Advocacy |

| | |
|---|---|
| June 6 | New York, NY<br>Board Meeting<br>Carnegie Foundation |
| July 26-Aug 13 | Nairobi, Kenya<br>Trainer - Training Program<br>OPDAT/Lawyers without Borders |
| Oct. 7- 12 | Nairobi, Kenya<br>Trainer - Training Program<br>International Development Law<br>Organization (IDLO)/Judicial Training<br>Institute (JTI) |
| October 12-18 | Scotland, Edinburgh<br>Board Meeting<br>Carnegie Foundation |
| Oct. 21-24 | Northbrook, IL<br>Teacher - CLE<br>National Institute for Trial Advocacy |
| Oct. 24-25 | Washington, DC<br>Speaker<br>Equal Justice Works |
| Dec. 3-5 | New York, NY<br>Board Meeting<br>Carnegie Foundation |
| Dec. 10-12 | New York, NY<br>Panelist<br>Avon Women in Justice Conference/Cornell<br>Law School |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Ann C. | 05/15/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit Card | K |
| 2. | MasterCard | Credit Card | J |
| 3. | Citibank | Credit Card | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Ann C. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Elgin State Bank - Accounts | B | Interest | M | T | | | | | |
| 2. AT&T Common Stock | A | Dividend | J | T | | | | | |
| 3. Bank of America - Account | A | Interest | K | T | | | | | |
| 4. ▨▨▨▨ - Accounts | A | Interest | K | T | | | | | |
| 5. Mass Mutual Universal - Variable | A | Interest | J | T | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Ann C. | 05/15/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ann C. Williams**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544